## Jones, Appellant, *v.* McNichol Paving & Construction Company.

Argued December 4, 1934.　Before FRAZER, C. J.,
SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN,
JJ.

248

252

*C. D. Swartz,* of *Swartz, Campbell & Henry,* with him *Raymond Pace Alexander,* for appellant.

*Charles E. Kenworthy,* with him *Ralph B. Evans,* for appellee.

PER CURIAM, January 7, 1935:
The judgment of the court below is affirmed on the opinion of Judge STERN.